UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRYAN GREEN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>DELCATH SYSTEMS, INC., EAMONN P. HOBBS and KRISHNA KANDARPA, ,<br><br>     Defendants. | No. 1:13-cv-03116-LGS<br><br>ECF Case |
| JOSEPH CONNICO, JR., Individually and On Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>DELCATH SYSTEMS, INC., EAMONN P. HOBBS and KRISHNA KANDARPA,<br><br>     Defendants. | No. 1:13-cv-04131-LGS<br><br>ECF Case |

**NOTICE OF WITHDRAWAL OF MOTION OF ROBERT B. WILLIAMS FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Robert B. Williams hereby withdraws his Notice of Motion and Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff and Approval of Lead Counsel, filed on July 8, 2013.  After reviewing the competing motions, Mr. Williams recognizes that his losses are less than the losses claimed by the other Lead Plaintiff movants, but he remains ready, willing, and able to serve as Lead Plaintiff should the Court decline to appoint another movant.  This Withdrawal shall have no effect upon Mr. Williams's rights as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of these actions through settlement, judgment, or otherwise.

DATED: August 1, 2013                GLANCY BINKOW & GOLDBERG LLP

                                     By:   *s/ Gregory B. Linkh*
                                     Gregory B. Linkh (GL0477)
                                     122 East 42nd Street, Suite 2920
                                     New York, New York 10168
                                     Telephone: (646) 722-4180
                                     Facsimile: (310) 201-9160
                                     Email: glinkh@glancylaw.com

                                            -and-

                                     GLANCY BINKOW & GOLDBERG LLP
                                     Lionel Z. Glancy
                                     Michael Goldberg
                                     1925 Century Park East, Suite 2100
                                     Los Angeles, California 90067
                                     Telephone: (310) 201-9150
                                     Facsimile: (310) 201-9160
                                     Email: info@glancylaw.com

                                     Counsel for Movant Robert Williams

## **CERTIFICATE OF SERVICE**

      I, Gregory B. Linkh, hereby certify that on this day I caused a copy of the foregoing document to be served on all counsel of record in this proceeding via CM/ECF.

Dated: August 1, 2013            By:  /s/ Gregory B. Linkh
                                                             Gregory B. Linkh